IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMES JEROME PERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:10-CV-124(MTT) |
| GENE POPE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 51). The Magistrate Judge recommends granting the Defendants' unopposed motion for summary judgment. The Plaintiff did not file an objection to the Recommendation. Having considered the Recommendation, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Defendants' motion for summary judgment is **granted**.

**SO ORDERED,** this 14th day of December, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT